DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NINA SOLONENKO,**
Appellant,

v.

**VOGUE PROPERTIES, LLC,**
Appellee.

No. 4D17-722

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara A. McCarthy, Judge; L.T. Case No. CACE14-019075(21).

Andrey Solonenko, Esq., Miramar, for appellant.

Gerald Schilian of Schilian & Watarz, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***